458 P.2d 231

**LONE MOUNTAIN CATTLE CO., Inc., Glen A. Lloyd, Marian M. Lloyd, Petitioners,**

v.

**The Honorable William R. HENDLEY, District Judge of the First Judicial District Sitting by Designation, Respondent.**

**No. 8898.**

Supreme Court of New Mexico.

Aug. 14, 1969.

Ordered that petition for alternative writ of prohibition and mandamus be and the same is hereby denied.

458 P.2d 231

**Paul MARSHALL, Petitioner,**

v.

**E. T. JOHNSON, Respondent.**

**No. 8899.**

Supreme Court of New Mexico.

Aug. 15, 1969.

Ordered that petition for writ of prohibition be and the same is hereby denied.

458 P.2d 231

**Mr. and Mrs. Dan QUINTANA, Petitioners,**

v.

**Paul F. LARRAZOLO, District Judge, Respondent.**

**No. 8907.**

Supreme Court of New Mexico.

Sept. 3, 1969.

MOISE, Acting Chief Justice and COMPTON, TACKETT and WATSON, Justices, concurring. NOBLE, Chief Justice, being absent and not participating.

Ordered that petition for writ of mandamus be and the same is hereby denied.

458 P.2d 231

**CARLSBAD IRRIGATION DISTRICT, a quasi-municipal corporation, and State of New Mexico, ex rel. S. E. Reynolds, State Engineer, Petitioners,**

v.

**George L. REESE, Jr., District Judge in and for the Fifth Judicial District, Chaves County, New Mexico, Respondent.**

**No. 8908.**

Supreme Court of New Mexico.

Sept. 4, 1969.

MOISE, Acting Chief Justice, and COMPTON, TACKETT and WATSON, Justices, concurring.

NOBLE, Chief Justice, being absent and not participating.

Ordered that petition for alternative writ of prohibition be and the same is hereby denied.